IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

ANDREW OLAN NOELL,

     Appellant,

v.

STATE OF FLORIDA,

     Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF FILED

CASE NO. 1D15-5352

Opinion filed June 3, 2016.

An appeal from an order of the Circuit Court for Alachua County.
Mark W. Moseley, Judge.

Gilbert A. Schaffnit, Gainesville, for Appellant.

Pamela Jo Bondi, Attorney General, and Jillian H. Reding and Trisha Meggs Pate, Assistant Attorneys General, Tallahassee, for Appellee.

PER CURIAM.

     We affirm, in part, the denial of the appellant's motion to correct illegal sentence. However, we remand for the trial court to strike the appellant's designation as a sexual offender for count II (unlawful use of a two-way communications device) on the written judgment and sentence, as that offense does not qualify for sexual offender designation under section 943.0435(1)(a)1., Florida

Statutes (2012).  Because it is a ministerial act, the appellant need not be present.

See Bauder v. State, 983 So. 2d 1244 (Fla. 3d DCA 2008).

AFFIRMED in part; REMANDED in part with directions.

ROBERTS, C.J., LEWIS and RAY, JJ., CONCUR.